IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANGELLICA GRANT,

       Appellant,

 v.

Case No.  5D22-834
LT Case No. 2020-CF-791-A

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed May 19, 2023

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

James R. Jupena, of Law Office of
James R. Jupena, Altamonte Springs,
for Appellant.

Angellica Grant, Quincy, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach,  for Appellee.

PER CURIAM.

Following the filing of an *Anders*[1] brief by appellate counsel, Appellant, Angellica Grant, appeals pro se her judgment and sentence. We affirm but remand for the correction of a scrivener's error in the judgment. Grant was charged with violating section 827.03(2)(b), Florida Statutes (2019). The judgment indicates that she was convicted under section "827.03(B)." The correct citation should be section 827.03(2)(b).

AFFIRMED; REMANDED for correction of scrivener's error.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).